**Order filed May 17, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00119-CV
_____

## FRANCES SMITH, Appellant

## V.

## OAK BEND APARTMENTS, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1103933**

---

## O R D E R

Appellant's brief was due May 7, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 18, 2018**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM